VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Rachel Ochoa

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10–00846 EJD |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING; |
| vs. ) | [PROPOSED] ORDER |
| RACHEL OCHOA, ) | |
| Defendants. ) | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and defendant Rachel Ochoa, by and through her counsel Vicki H. Young, that the sentencing date of October 3, 2011, be continued to October 17, 2011. The reason for this continuance is that defense counsel needs additional time to prepare the sentencing memorandum.

    U.S.P.O. Ben Flores has been advised of this request for a continuance, and has no objection to the continuance.

///

///

///

STIP AND [PROPOSED] ORDER
- 1 -

It is so stipulated.

Dated: Sept. 12, 2011  Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Rachel Ochoa


Dated: Sept. 12, 2011  MELINDA HAIG
UNITED STATES ATTORNEY

/s/ Jeffrey Schenk
JEFFREY SCHENK
Assistant United States Attorney

## ~~PROPOSED~~ ORDER

For the reasons set forth above in the stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing date of October 3, 2011, at 1:30 p.m. is continued to October 17, 2011, at 1:30 p.m.

DATE: September 19, 2011

EDWARD J. DAVILA
United States District Judge

STIP AND [PROPOSED] ORDER

- 2 -